**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

BENJAMIN D. LIMOR,            )
                                    )
      Plaintiff,            )
                                    )
v.                            )          Civil No.  3:20-cv-1083
                                    )          Judge Trauger
SOCIAL SECURITY ADMINISTRATION,     )          Magistrate Judge Holmes
                                    )
      Defendant.        )

## O R D E R

On March 11, 2022, the Magistrate Judge issued a Report and Recommendation

(Doc No. 26), to which no timely objections have been filed.  The Report and Recommendation

is therefore ACCEPTED and made the findings of fact and conclusions of law of this court.  For

the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on

the Administrative Record (Doc. No. 20) is DENIED, and the Commissioner's decision is hereby

AFFIRMED.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil

Procedure.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge